**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 14-cv-01306-JLK

DEREK CORDOVA,

      Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

      Defendant.

_____

_____

      Pursuant to and in accordance with the Stipulation of Dismissal [Filed 10/31/14;

Docket No. 15 ], incorporated herein by reference, it is

      ORDERED that this action is DISMISSED with PREJUDICE.  It is

      FURTHER ORDERED that there are no costs to any party.


      Dated at Denver, Colorado this 5th day of November, 2014.

                                     FOR THE COURT:
                                     JEFFREY P. COLWELL, CLERK

                        By:  s/   Bernique Abiakam
                                  _____